IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRANDEN WALLACE, | § | |
| | § | |
| Defendant Below, | § | No. 444, 2017 |
| Appellant, | § | |
| | § | Court Below:  Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1004000821 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: April 11, 2018
Decided: April 11, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **O R D E R**

This 11th day of April 2018, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in its opinion dated September 27, 2017.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *State v. Wallace*, Cr. ID No. 1004000821, 2017 WL 4317261 (Del. Super. Sept. 27, 2017).